# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | 1827 WEST 3RD, L.L.C. |
| **Case Number:** | 2:15-BK-06718-PS    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 24, 2015 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | KAYLA COLASONT |

*Matters:*

1) FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY FIRST WESTERN TRUST BANK-(5309 E. VIA DEL CIELO, PARADISE VALLEY, AZ 85253)
   R / M #:   21 / 0

2) MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 FILED BY GOSPORT INVESTMENTS LIMITED
   R / M #:   50 / 0

*Appearances:*

LIZ NGUYEN/MARK J. GIUNTA, ATTORNEY FOR 1827 WEST 3RD, L.L.C.
JASON D. CURRY, ATTORNEY FOR GOSPORT INVESTMENTS LIMITED
SCOTT B COHEN, ATTORNEY FOR WASHINGTON FEDERAL
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

(continue)...    2:15-BK-06718-PS        THURSDAY, SEPTEMBER 24, 2015 02:30 PM

## *Proceedings:*

ITEM #2

Mr. Curry explains that there is a threshold question that needs to be decided before conversion. He would like his Motion to Convert continued to the same date and time as the disclosure statement hearing.

The Court calls for any objections. There are none.

**COURT:  IT IS ORDERED CONTINUING THIS MATTER TO OCTOBER 14, 2015 AT 10:00 AM.**

ITEM #1

Mr. Giunta informs the Court he received a new appraisal yesterday showing an increase in value. He asks to allow permission to discuss a new comparable on direct which he has pictures of. If he can do so, he will not have a problem with the appraisal.

Mr. McDonald responds in belief that counsel had the appraisal when it was completed.

Discussion further ensues regarding the testimony of both appraisers.

**COURT: THE COURT WILL ALLOW THE TESTIMONY OF BOTH APPRAISERS.**

Mr. McDonald calls Mr. Jay Josephs to the stand. He is sworn and examined.

Mr. Giunta cross examines. Mr. McDonald redirects. Mr. Giunta further questions Mr. Josephs. The Court also questions Mr. Josephs. Mr. Josephs is excused and steps down.

Mr. Giunta informs the Court that the parties have agreed to call both experts first. He calls Mr. John Willis to the stand. Mr. Willis is sworn and examined.

Mr. Giunta moves into evidence debtor's exhibits G and M.

The Court notes the exhibits listed in the Joint Pretrial Statement do not match the exhibits on the disc. The Court will allow a short break later to allow counsel to verify.

**COURT:  IT IS ORDERED ADMITTING DEBTOR'S EXHIBITS G AND THE DECLARATION OF JOHN WILLIS; EXHIBIT M.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:15-BK-06718-PS THURSDAY, SEPTEMBER 24, 2015 02:30 PM

Mr. Giunta introduces pictures of comparable one and approaches Mr. Willis. Mr. Giunta moves for admission of the pictures.

**COURT: IT IS ORDERED ADMITTING DEBTOR'S PICTURES AS EXHIBIT P.**

Mr. McDonald cross examines Mr. Willis. Mr. Giunta redirects. Mr. McDonald further questions Mr. Willis. The Court also questions Mr. Willis. Mr. Willis is excused and steps down.

Short recesses is afforded.

Court resumes and Mr. McDonald informs the Court that the parties have reached an agreement as to admission of all the documents.

Mr. Giunta states parties have agreed to move into admission all exhibits but will have to get some predicate admissions from the bank witness.

**COURT: BASED ON THE PROVIDED INDEX, IT IS ORDERED ADMITTING DEBTOR'S EXHIBITS A THROUGH P AND MOVANT'S EXHIBITS 1 THROUGH 6.**

Mr. McDonald explains that a declaration was filed in support of his stay relief motion which is part of the exhibits. However, the declarant is not present but Mr. Alonzo is. He notes Mr. Alonzo adopts the declaration as his own.

The Court and parties discuss the additional time needed and a date to continue this matter to.

**COURT: IT IS ORDERED CONTINUING THIS MATTER TO OCTOBER 29, 2015 AT 9:30 AM.**